### GEORGE J. COSTANZO *v.* JOSEPH MULSHINE

The defendant's petition for certification for appeal from the Appellate Court, 94 Conn. App. 655 (AC 26137), is denied.

*Scott A. Stewart,* in support of the petition.

Decided July 13, 2006

### LISA D. EGAN *v.* PAUL B. EGAN

The plaintiff's petition for certification for appeal from the Appellate Court, 95 Conn. App. 904 (AC 25859), is denied.

*Lisa D. Egan,* pro se, in support of the petition.

Decided July 13, 2006

### ANTHONY HOPKINS *v.* COMMISSIONER OF CORRECTION

The petitioner Anthony Hopkins' petition for certification for appeal from the Appellate Court, 95 Conn. App. 670 (AC 26123), is denied.

*Thomas P. Mullaney III,* special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided July 13, 2006